AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the

Christopher Prtsor
*Plaintiff/Petitioner*

National Park Service
*Defendant/Respondent*

Civil Action No.

**2:24-cv-15**
Jane M. Beckering - U.S. District Judge

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
**(Long Form)**

| Income source | | | | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ | $ |
| Unemployment payments | $ 0 | $ | $ | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ | $ |
| Other (specify): | $ 0 | $ | $ | $ |
| Total monthly income: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. (*Gross monthly pay is before taxes or other deductions.*)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Prakarak | Self Employed | 2019 - Present | $ ~~4800~~ |
| ~~Recdo~~ | | | $ 4000 |

3. List your spouse's employment history for the past two years, most recent employer first. (*Gross monthly pay is before taxes or other deductions.*)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Capitol One | Savings | 15,000 | |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | | |
|---|---|---|
| Home (Value) | | $ 0 |
| Other real estate (Value) | lot is Mi, lot is Wi | $ 25,000 |
| Motor vehicle #1 (Value) | | $ 25,000 |
| Make and year: | Ram 2019 | |
| Model: | 1500 | |
| Registration #: | | |
| Motor vehicle #2 (Value) | Camper | $ 16,000 |
| Make and year: | Forest River 2021 | |
| Model: | Gray Wolf | |
| Registration #: | | |
| Other assets (Value) | Olds Camper | $ 6000 |
| Other assets (Value) | | $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| Rides Prtst | Son | 12 |
| Zoey Price | daughter | 10 |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* <br> Are real estate taxes included? ☐ Yes ☐ No <br> Is property insurance included? ☐ Yes ☐ No | $ 580.00 | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 300. | $ |
| Home maintenance *(repairs and upkeep)* | $ 50. | $ |
| Food | $ 900. | $ |
| Clothing | $ 100. | $ |
| Laundry and dry-cleaning | $ 50. | $ |
| Medical and dental expenses | $ 250 | $ |
| Transportation *(not including motor vehicle payments)* | $ 380 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 50 | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $ 0 | $ |
|     Life: | $ 0 | $ |
|     Health: | $ 250 | $ |
|     Motor vehicle: | $ 150 | $ |
|     Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ | $ |
| Installment payments | | |
|     Motor vehicle: | $ 480 | $ |
|     Credit card *(name)*: | $ 40 | $ |
|     Department store *(name)*: | $ 0 | $ |
|     Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ 342.00 | $ |

| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
|---|---|---|
| Other *(specify)*: | $ | $ |
| **Total monthly expenses:** | $ 0.00 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ☐ Yes   ☒ No   If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ☒ Yes   ☐ No

    If yes, how much?  $ 500.00

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

    I have seasonal income, I live on savings in winters.

12. Identify the city and state of your legal residence.  Millersburg, Michigan

    Your daytime phone number:  231 420 6168
    Your age: 46   Your years of schooling: 14

Questions & Attachment

Farm Expenses

500 Fence charger kit
200 build pen
5$ bir for slaughter
1.79 per chick x 80
$277. 1 ton feed
$80 water containers
$120 Food trays

    Result 70 whole birds in freezer


My Kayak business

2023 season take home is
estimated 70,000 and 30k in payroll

I will submit an accurate statement
if needed my taxes are being done
by vb bookkeeping Gaylord Michigan




* If it's necessary for me to pay a filing fee
I will, however I can afford a 450.00
check floaty, I need to know when its cashed,

PRESS FIRMLY TO SEAL   PRE

 POSTAL SERVICE® M

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions app
- USPS Tracking® service included for domestic and many intern
- Limited international insurance.**
- When used internationally, a customs declaration form is requir

*Insurance does not cover certain items. For details regarding claims exclusions s Domestic Mail Manual at *http://pe.usps.com*.
** See International Mail Manual at *http://pe.usps.com* for availability and limitatio



USPS TRAC

**FLAT RATE ENVELO**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

9114 9022 0078 9


PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

This package is made from post-consumer waste. Please recycle - again.

**FROM:** Prisoic
5050 Main St.
Millersburg MS 49759

Federal Court
Atten Clerk

202 W. Washington St
Marquette MS,
49855