UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHRISTOPHER PRYSOK,

        Plaintiff,

v.

NATIONAL PARK SERVICE,

        Defendants.
_____/

Case No. 2:24-cv-15

Hon. Jane M. Beckering
U.S. District Judge

**ORDER**

This matter is before the Court on Plaintiff's application to proceed without prepayment of fees. (ECF No. 2.) Pursuant to this Court's Local Civil Rule 3.4(b), the undersigned must grant Plaintiff's petition for pauper status "[i]f the financial affidavit discloses that the person is unable to pay the full filing fee or fees for service of process." W.D. Mich. LCivR 3.4(b). Plaintiff's application indicates he has a significant amount of cash and property and a steady monthly income. Based on this information, Plaintiff has failed to demonstrate an inability to pay the full filing fee or fees for service of process as required by Local Civil Rule 3.4(b). Accordingly, Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is respectfully DENIED.

IT IS ORDERED that Plaintiff shall pay the $405 filing fee no later than **March 5, 2024**. Failure to timely pay the filing fee will result in the dismissal of this case.

Dated: February 1, 2024

                                    /s/ *Maarten Vermaat*
                                    MAARTEN VERMAAT
                                    UNITED STATES MAGISTRATE JUDGE