UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHRISTOPHER PRYSOK,

     Plaintiff,

                                  Case No. 2:24-cv-15

v.

                                  HON. JANE M. BECKERING

NATIONAL PARK SERVICE,

     Defendant.

_____/

## **ORDER**

This is a civil action filed by a *pro se* litigant. Plaintiff filed a Motion to add parties (ECF No. 11), a Motion for summary judgment (ECF No. 19), and a Motion to file a supplemental brief (ECF No. 27). Defendant filed a Motion to dismiss or, alternatively, for summary judgment (ECF No. 12). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 28) on January 8, 2025, recommending that the Court grant Defendant's motion to dismiss for lack of subject matter jurisdiction. Alternatively, the Magistrate Judge recommends dismissal of this case without prejudice. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 28) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion to dismiss (ECF No. 12) is GRANTED. Plaintiff's complaint is DISMISSED for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that the remaining motions (ECF Nos. 11, 19, & 27) are DISMISSED as moot.

A Judgment will be entered consistent with this Order.

Dated: January 31, 2025                                             /s/ Jane M. Beckering
                                                                                   JANE M. BECKERING
                                                                                   United States District Judge

2